FILED IN
COURT OF CRIMINAL APPEALS

July 22, 2015

ABEL ACOSTA, CLERK

PD-0916-15

NO. _____

PD-0916-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/20/2015 12:00:00 AM
Accepted 7/22/2015 4:03:11 PM
ABEL ACOSTA
CLERK

| | | |
|---|---|---|
| **ASEL ABDYGAPPAROVA** | § | **IN THE COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes ASEL ABDYGAPPAROVA, Appellant in the above styled and numbered cause, and moves for an extension of time of 20 days to file a petition for discretionary review, and for good cause shows the following:

1.    On JUNE 4, 2015, the Court of Appeals affirmed appellant's conviction. ASEL ABDYGAPPAROVA v. State, 04-14-00393-CR. This petition is therefore due on July 26, 2015.

2.    Counsel has been unable to complete the petition for the following reasons: Counsel has had trouble contacting the appellant. Also, this counsel has been involved in an accelerated CPS appeal. Further, counsel has been preparing for two trials.

3.    Defendant is currently incarcerated.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 20 days, i.e. until July 26, 2015, to file a petition for

discretionary review.

Respectfully submitted,

LAW OFFICE OF SHAWN SHEFFIELD
PC
PO Box 276343
San Antonio, Texas 78227
Tel: (210) 697-9090
Fax: (210) 591-7311


By:/s/Shawn Sheffield
    Shawn Sheffield
    State Bar No. 24008020
    Attorney for DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on July 19, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Bexar County, Texas.

/s/Shawn Sheffield
Shawn Sheffield
